FILE COPY

DATE: 5/14/2015

RE: Case No. 15-0362

COA #: 12-14-00007-CV     TC#: 08-00171

STYLE: KELLY DAVIS AND AMBER DAVIS
   v. REX SMITH AND NANCY SMITH

A petition for review was filed today in the above-styled case. Respondent may file either a response, or a waiver of response. If you file a waiver, the Court will not grant the petition without first requesting a response. (Tex. R. App. P. 53.3) There is no fee for a response or a waiver.

MS. CATHY S. LUSK
CLERK, TWELFTH COURT OF APPEALS
1517 WEST FRONT, SUITE 354
TYLER, TX 75702

FILED IN COURT OF APPEALS
12th Court of Appeals District
MAY 15 2015
TYLER TEXAS
CATHY S. LUSK, CLERK